129911   SMITH, JERRY

# WCC
## Resident Activity Report

*for the forma Paupres*

| Resident Id: | 129911 | Run Date: | 11/30/2022 |
|---|---|---|---|
| Full Name: | SMITH , JERRY | From: | 06/28/2021 |
| Housing: | WCC, WCC, P1, S 2, 1L | To: | 11/30/2022 |

*I cant spend Reentry*
*What Facility owe me and will not pay me Stealing*

UNITED STATES COURT OF APPEALS FOR DISTRICT OF COLUMBIA CIRCUIT
DEC - 9 2022
RECEIVED

### Beginning Balances

| Account | Balance | Debt | Payable |
|---|---|---|---|
| Medical Co-Pay | $0.00 | $0.00 | $0.00 |
| Postage | $0.00 | $0.00 | $0.00 |
| Re-entry Savings | $0.00 | $0.00 | $0.00 |
| Tablets | $0.00 | $0.00 | $0.00 |
|  | $0.00 | $0.00 | $0.00 |

### Ending Balances

| Account | Balance | Debt | Payable |
|---|---|---|---|
| Medical Co-Pay | $0.00 | $0.00 | $5.00 |
| Postage | $0.00 | $0.00 | $62.23 |
| Re-entry Savings | $18.16 | $0.00 | $0.00 |
| Tablets | $0.00 | $0.00 | $250.00 |
|  | $18.16 | $0.00 | $317.23 |

### Activity

| Task # | Date | Type | Comment | Entry # | Amount | Balance | Debt | Payable |
|---|---|---|---|---|---|---|---|---|
| 60828 | 06/28/2021 | Resident Deposit | Automated Beg Bal Deposit | | $721.41 | $721.41 | $0.00 | $0.00 |
| 60829 | 06/28/2021 | Resident Deposit | Automated Beg Bal Deposit | | $9.37 | $730.78 | $0.00 | $0.00 |
| 178498 | 07/05/2021 | Transfer Other Funds | GTL Links | | -$5.00 | $725.78 | $0.00 | $0.00 |
| 185711 | 07/05/2021 | Transfer Other Funds | ICI Sales Processing | 07/05/2021 | -$10.32 | $715.46 | $0.00 | $0.00 |
| 185712 | 07/05/2021 | Transfer Other Funds | ICI Sales Processing | 07/05/2021 | -$49.77 | $665.69 | $0.00 | $0.00 |
| 185713 | 07/05/2021 | Transfer Other Funds | ICI Sales Processing | 07/05/2021 | -$36.04 | $629.65 | $0.00 | $0.00 |
| 269376 | 07/13/2021 | Resident Charge | WCC 350914 | | -$10.00 | $619.65 | $0.00 | $10.00 |
| 338517 | 07/19/2021 | Transfer Other Funds | ICI Sales Processing | 07/19/2021 | -$14.27 | $605.38 | $0.00 | $10.00 |
| 338518 | 07/19/2021 | Transfer Other Funds | ICI Sales Processing | 07/19/2021 | -$99.59 | $505.79 | $0.00 | $10.00 |
| 401365 | 07/24/2021 | Transfer Other Funds | ICI Sales Processing | 07/24/2021 | $8.32 | $514.11 | $0.00 | $10.00 |
| 420390 | 07/26/2021 | Resident Deposit | June State Pay | WCC | $22.08 | $536.19 | $0.00 | $10.00 |
| 420394 | 07/26/2021 | Resident Deposit | June State Pay | WCC | $20.16 | $556.35 | $0.00 | $10.00 |
| 507060 | 08/02/2021 | Transfer Other Funds | ICI Sales Processing | 08/02/2021 | -$8.25 | $548.10 | $0.00 | $10.00 |
| 507061 | 08/02/2021 | Transfer Other Funds | ICI Sales Processing | 08/02/2021 | -$52.20 | $495.90 | $0.00 | $10.00 |
| 544760 | 08/05/2021 | Transfer Other Funds | ICI Sales Processing | 08/05/2021 | $1.65 | $497.55 | $0.00 | $10.00 |
| 551955 | 08/06/2021 | Resident Charge | UPS | | -$6.23 | $491.32 | $0.00 | $16.23 |
| 551957 | 08/06/2021 | Resident Charge | UPS | | -$5.84 | $485.48 | $0.00 | $22.07 |

| Task # | Date | Type | Comment | Entry # | Amount | Balance | Debt | Payable |
|---|---|---|---|---|---|---|---|---|
| 666640 | 08/17/2021 | Transfer Other Funds | ICI Sales Processing | 08/16/2021 | -$9.64 | $475.84 | $0.00 | $22.07 |
| 666641 | 08/17/2021 | Transfer Other Funds | ICI Sales Processing | 08/16/2021 | -$71.97 | $403.87 | $0.00 | $22.07 |
| 666642 | 08/17/2021 | Transfer Other Funds | ICI Sales Processing | 08/16/2021 | -$2.46 | $401.41 | $0.00 | $22.07 |
| 715302 | 08/20/2021 | Resident Deposit | GTL Receipt | | $50.00 | $451.41 | $0.00 | $22.07 |
| 827090 | 08/30/2021 | Transfer Other Funds | ICI Sales Processing | 08/30/2021 | -$7.38 | $444.03 | $0.00 | $22.07 |
| 827091 | 08/30/2021 | Transfer Other Funds | ICI Sales Processing | 08/30/2021 | -$54.63 | $389.40 | $0.00 | $22.07 |
| 827092 | 08/30/2021 | Transfer Other Funds | ICI Sales Processing | 08/30/2021 | -$18.03 | $371.37 | $0.00 | $22.07 |
| 836596 | 08/31/2021 | Transfer Other Funds | ICI Sales Processing | 08/31/2021 | $5.38 | $376.75 | $0.00 | $22.07 |
| 883903 | 09/04/2021 | Resident Deposit | GTL Receipt | | $40.00 | $416.75 | $0.00 | $22.07 |
| 946556 | 09/11/2021 | Resident Deposit | GTL Receipt | | $200.00 | $616.75 | $0.00 | $22.07 |
| 967244 | 09/13/2021 | Transfer Other Funds | ICI Sales Processing | 09/13/2021 | -$9.64 | $607.11 | $0.00 | $22.07 |
| 967245 | 09/13/2021 | Transfer Other Funds | ICI Sales Processing | 09/13/2021 | -$87.49 | $519.62 | $0.00 | $22.07 |
| 967246 | 09/13/2021 | Transfer Other Funds | ICI Sales Processing | 09/13/2021 | -$2.52 | $517.10 | $0.00 | $22.07 |
| 990014 | 09/15/2021 | Resident Deposit | GTL Receipt | | $200.00 | $717.10 | $0.00 | $22.07 |
| 990035 | 09/15/2021 | Resident Deposit | GTL Receipt | | $30.00 | $747.10 | $0.00 | $22.07 |
| 990168 | 09/15/2021 | Transfer Other Funds | Commissary | 09/15/2021 | $25.68 | $772.78 | $0.00 | $22.07 |
| 1088200 | 09/24/2021 | Resident Deposit | EIP TAX REFUND | 4041 78205555 | $1820.83 | $2593.61 | $0.00 | $22.07 |
| 1118656 | 09/27/2021 | Transfer Other Funds | ICI Sales Processing | 09/27/2021 | -$28.20 | $2565.41 | $0.00 | $22.07 |
| 1118657 | 09/27/2021 | Transfer Other Funds | ICI Sales Processing | 09/27/2021 | -$71.44 | $2493.97 | $0.00 | $22.07 |
| 1118658 | 09/27/2021 | Transfer Other Funds | ICI Sales Processing | 09/27/2021 | -$19.23 | $2474.74 | $0.00 | $22.07 |
| 1143244 | 09/29/2021 | Transfer Other Funds | Commissary | 09/29/2021 | $13.24 | $2487.98 | $0.00 | $22.07 |
| 1221087 | 10/07/2021 | Resident Withdrawal | Natlon Tillery | 16242 | -$800.00 | $1687.98 | $0.00 | $22.07 |
| 1259143 | 10/11/2021 | Transfer Other Funds | Commissary | 10/11/2021 | -$27.28 | $1660.70 | $0.00 | $22.07 |
| 1259144 | 10/11/2021 | Transfer Other Funds | Commissary | 10/11/2021 | -$91.45 | $1569.25 | $0.00 | $22.07 |
| 1259145 | 10/11/2021 | Transfer Other Funds | Commissary | 10/11/2021 | -$25.42 | $1543.83 | $0.00 | $22.07 |
| 1259146 | 10/11/2021 | Transfer Other Funds | Commissary | 10/11/2021 | -$7.11 | $1536.72 | $0.00 | $22.07 |
| 1280503 | 10/13/2021 | Transfer Other Funds | Commissary | 10/13/2021 | $3.85 | $1540.57 | $0.00 | $22.07 |
| 1335157 | 10/19/2021 | Resident Deposit | September State Pay | WCC | $16.38 | $1556.95 | $0.00 | $22.07 |
| 1490815 | 11/03/2021 | Resident Charge | WCC Tablet | | -$250.00 | $1306.95 | $0.00 | $272.07 |
| 1610127 | 11/15/2021 | Transfer Other Funds | Commissary | 11/15/2021 | -$9.82 | $1297.13 | $0.00 | $272.07 |

| Task # | Date | Type | Comment | Entry # | Amount | Balance | Debt | Payable |
|---|---|---|---|---|---|---|---|---|
| 1610128 | 11/15/2021 | Transfer Other Funds | Commissary | 11/15/2021 | -$99.96 | $1197.17 | $0.00 | $272.07 |
| 1610129 | 11/15/2021 | Transfer Other Funds | Commissary | 11/15/2021 | -$34.96 | $1162.21 | $0.00 | $272.07 |
| 1759880 | 11/29/2021 | Transfer Other Funds | Commissary | 11/29/2021 | -$17.83 | $1144.38 | $0.00 | $272.07 |
| 1759881 | 11/29/2021 | Transfer Other Funds | Commissary | 11/29/2021 | -$61.34 | $1083.04 | $0.00 | $272.07 |
| 1901679 | 12/13/2021 | Transfer Other Funds | Commissary | 12/13/2021 | -$16.57 | $1066.47 | $0.00 | $272.07 |
| 1901680 | 12/13/2021 | Transfer Other Funds | Commissary | 12/13/2021 | -$53.07 | $1013.40 | $0.00 | $272.07 |
| 1901681 | 12/13/2021 | Transfer Other Funds | Commissary | 12/13/2021 | -$52.67 | $960.73 | $0.00 | $272.07 |
| 1934825 | 12/15/2021 | Resident Deposit | Holiday Gift | | $3.00 | $963.73 | $0.00 | $272.07 |
| 2079531 | 12/28/2021 | Transfer Other Funds | Commissary | 12/28/2021 | -$51.37 | $912.36 | $0.00 | $272.07 |
| 2216283 | 01/10/2022 | Transfer Other Funds | Commissary | 01/10/2022 | -$17.27 | $895.09 | $0.00 | $272.07 |
| 2216284 | 01/10/2022 | Transfer Other Funds | Commissary | 01/10/2022 | -$46.34 | $848.75 | $0.00 | $272.07 |
| 2224884 | 01/11/2022 | Transfer Other Funds | Commissary | 01/11/2022 | $8.36 | $857.11 | $0.00 | $272.07 |
| 2272232 | 01/17/2022 | Transfer Other Funds | GTL Links | | -$5.00 | $852.11 | $0.00 | $272.07 |
| 2337209 | 01/24/2022 | Transfer Other Funds | Commissary | 01/24/2022 | -$25.70 | $826.41 | $0.00 | $272.07 |
| 2337210 | 01/24/2022 | Transfer Other Funds | Commissary | 01/24/2022 | -$47.52 | $778.89 | $0.00 | $272.07 |
| 2650888 | 02/23/2022 | Transfer Other Funds | GTL Links | | -$5.00 | $773.89 | $0.00 | $272.07 |
| 2690787 | 02/27/2022 | Transfer Other Funds | GTL Links | | -$5.00 | $768.89 | $0.00 | $272.07 |
| 2722775 | 03/02/2022 | Transfer Other Funds | GTL Links | | -$5.00 | $763.89 | $0.00 | $272.07 |
| 2785432 | 03/07/2022 | Transfer Other Funds | Commissary | 03/07/2022 | -$49.84 | $714.05 | $0.00 | $272.07 |
| 2785433 | 03/07/2022 | Transfer Other Funds | Commissary | 03/07/2022 | -$90.49 | $623.56 | $0.00 | $272.07 |
| 2785434 | 03/07/2022 | Transfer Other Funds | Commissary | 03/07/2022 | -$199.45 | $424.11 | $0.00 | $272.07 |
| 2807601 | 03/09/2022 | Transfer Other Funds | Commissary | 03/09/2022 | $6.27 | $430.38 | $0.00 | $272.07 |
| 2839257 | 03/12/2022 | Resident Deposit | GTL Receipt | | $50.00 | $480.38 | $0.00 | $272.07 |
| 3157331 | 04/10/2022 | Transfer Other Funds | GTL Phone | | -$50.00 | $430.38 | $0.00 | $272.07 |
| 3198126 | 04/13/2022 | Resident Charge | Postage | | -$0.53 | $429.85 | $0.00 | $272.60 |
| 3219742 | 04/15/2022 | Transfer Other Funds | GTL Phone | | -$25.00 | $404.85 | $0.00 | $272.60 |
| 3219893 | 04/15/2022 | Transfer Other Funds | GTL Links | | -$5.00 | $399.85 | $0.00 | $272.60 |
| 3284151 | 04/21/2022 | Transfer Other Funds | Commissary | 04/21/2022 | -$78.33 | $321.52 | $0.00 | $272.60 |
| 3299812 | 04/22/2022 | Transfer Other Funds | GTL Links | | -$5.00 | $316.52 | $0.00 | $272.60 |
| 3410980 | 05/03/2022 | Transfer Other Funds | GTL Links | | -$5.00 | $311.52 | $0.00 | $272.60 |

| Task # | Date | Type | Comment | Entry # | Amount | Balance | Debt | Payable |
|---|---|---|---|---|---|---|---|---|
| 3441631 | 05/05/2022 | Transfer Other Funds | Commissary | 05/05/2022 | -$41.90 | $269.62 | $0.00 | $272.60 |
| 3441632 | 05/05/2022 | Transfer Other Funds | Commissary | 05/05/2022 | -$74.71 | $194.91 | $0.00 | $272.60 |
| 3441633 | 05/05/2022 | Transfer Other Funds | Commissary | 05/05/2022 | -$46.03 | $148.88 | $0.00 | $272.60 |
| 3448090 | 05/06/2022 | Transfer Other Funds | GTL Links | | -$35.00 | $113.88 | $0.00 | $272.60 |
| 3531478 | 05/15/2022 | Transfer Other Funds | GTL Links | | -$10.00 | $103.88 | $0.00 | $272.60 |
| 3540559 | 05/16/2022 | Transfer Other Funds | GTL Links | | -$5.00 | $98.88 | $0.00 | $272.60 |
| 3556832 | 05/17/2022 | Resident Charge | Postage | | -$0.55 | $98.33 | $0.00 | $273.15 |
| 3556848 | 05/17/2022 | Resident Charge | Postage | | -$5.00 | $93.33 | $0.00 | $278.15 |
| 3556849 | 05/17/2022 | Resident Charge | Postage | | -$0.61 | $92.72 | $0.00 | $278.76 |
| 3568499 | 05/18/2022 | Resident Charge | legal mail | | -$9.25 | $83.47 | $0.00 | $288.01 |
| 3568513 | 05/18/2022 | Resident Charge | postage | | -$3.82 | $79.65 | $0.00 | $291.83 |
| 3571005 | 05/18/2022 | Resident Deposit | GTL Receipt | | $100.00 | $179.65 | $0.00 | $291.83 |
| 3571847 | 05/19/2022 | Transfer Other Funds | GTL Links | | -$10.00 | $169.65 | $0.00 | $291.83 |
| 3572511 | 05/19/2022 | Transfer Other Funds | Commissary | 05/19/2022 | -$51.47 | $118.18 | $0.00 | $291.83 |
| 3600439 | 05/20/2022 | Resident Withdrawal | TRUSTEE OFFICE | 17918 | -$35.00 | $83.18 | $0.00 | $291.83 |
| 3606614 | 05/21/2022 | Transfer Other Funds | GTL Links | | -$10.00 | $73.18 | $0.00 | $291.83 |
| 3652801 | 05/25/2022 | Transfer Other Funds | GTL Links | | -$10.00 | $63.18 | $0.00 | $291.83 |
| 3654778 | 05/25/2022 | Transfer Other Funds | GTL Links | | -$5.00 | $58.18 | $0.00 | $291.83 |
| 3722369 | 05/31/2022 | Resident Deposit | GTL Receipt | | $80.00 | $138.18 | $0.00 | $291.83 |
| 3731740 | 06/02/2022 | Transfer Other Funds | Commissary | 06/02/2022 | -$24.42 | $113.76 | $0.00 | $291.83 |
| 3746751 | 06/03/2022 | Transfer Other Funds | GTL Phone | | -$10.00 | $103.76 | $0.00 | $291.83 |
| 3746936 | 06/03/2022 | Resident Deposit | GTL Receipt | | $25.00 | $128.76 | $0.00 | $291.83 |
| 3751929 | 06/03/2022 | Transfer Other Funds | Commissary | 06/03/2022 | $15.80 | $144.56 | $0.00 | $291.83 |
| 3756820 | 06/04/2022 | Transfer Other Funds | GTL Phone | | -$15.00 | $129.56 | $0.00 | $291.83 |
| 3760871 | 06/05/2022 | Transfer Other Funds | GTL Links | | -$25.00 | $104.56 | $0.00 | $291.83 |
| 3768018 | 06/06/2022 | Transfer Other Funds | GTL Links | | -$5.00 | $99.56 | $0.00 | $291.83 |
| 3768019 | 06/06/2022 | Transfer Other Funds | GTL Phone | | -$15.00 | $84.56 | $0.00 | $291.83 |
| 3783268 | 06/07/2022 | Transfer Other Funds | GTL Links | | -$5.00 | $79.56 | $0.00 | $291.83 |
| 3783272 | 06/07/2022 | Transfer Other Funds | GTL Phone | | -$10.00 | $69.56 | $0.00 | $291.83 |
| 3803910 | 06/09/2022 | Transfer Other Funds | GTL Links | | -$15.00 | $54.56 | $0.00 | $291.83 |

129911    SMITH, JERRY

| Task # | Date | Type | Comment | Entry # | Amount | Balance | Debt | Payable |
|---|---|---|---|---|---|---|---|---|
| | | | Activity | | | $39.56 | $0.00 | $291.83 |
| 3804857 | 06/09/2022 | Transfer Other Funds | GTL Phone | | -$15.00 | $39.56 | $0.00 | $291.83 |
| 3821856 | 06/11/2022 | Resident Deposit | GTL Receipt | | $45.00 | $84.56 | $0.00 | $291.83 |
| 3852572 | 06/14/2022 | Resident Charge | 319939 | | -$5.00 | $79.56 | $0.00 | $296.83 |
| 3853244 | 06/14/2022 | Resident Charge | Eye Glasses | | -$40.00 | $39.56 | $0.00 | $336.83 |
| 3853264 | 06/14/2022 | Resident Charge | Postage | | -$6.37 | $33.19 | $0.00 | $343.20 |
| 3862736 | 06/14/2022 | Transfer Other Funds | GTL Phone | | -$10.00 | $23.19 | $0.00 | $343.20 |
| 3862738 | 06/14/2022 | Transfer Other Funds | GTL Phone | | -$5.00 | $18.19 | $0.00 | $343.20 |
| 3866515 | 06/15/2022 | Resident Deposit | GTL Receipt | | $50.00 | $68.19 | $0.00 | $343.20 |
| 3872398 | 06/16/2022 | Transfer Other Funds | Commissary | 06/16/2022 | -$37.08 | $31.11 | $0.00 | $343.20 |
| 3882442 | 06/16/2022 | Transfer Other Funds | GTL Phone | | -$10.00 | $21.11 | $0.00 | $343.20 |
| 3976435 | 06/24/2022 | Resident Deposit | GTL Receipt | | $50.00 | $71.11 | $0.00 | $343.20 |
| 3978136 | 06/24/2022 | Resident Charge | Medical History Copies | | -$122.50 | $23.16 | -$74.55 | $391.15 |
| 3990954 | 06/26/2022 | Transfer Other Funds | GTL Phone | | -$5.00 | $18.16 | -$74.55 | $391.15 |
| 4020142 | 06/28/2022 | Transfer Other Funds | Commissary | 06/28/2022 | $166.33 | $184.49 | -$74.55 | $391.15 |
| 4033508 | 06/30/2022 | Transfer Other Funds | Commissary | 06/30/2022 | -$30.60 | $153.89 | -$74.55 | $391.15 |
| 4037979 | 06/30/2022 | Transfer Other Funds | GTL Links | | -$10.00 | $143.89 | -$74.55 | $391.15 |
| 4044355 | 07/01/2022 | Transfer Other Funds | GTL Links | | -$5.00 | $138.89 | -$74.55 | $391.15 |
| 4052258 | 07/01/2022 | Transfer Other Funds | Commissary | 07/01/2022 | $10.74 | $149.63 | -$74.55 | $391.15 |
| 4057375 | 07/02/2022 | Transfer Other Funds | GTL Links | | -$10.00 | $139.63 | -$74.55 | $391.15 |
| 4068502 | 07/04/2022 | Transfer Other Funds | GTL Phone | | -$27.00 | $112.63 | -$74.55 | $391.15 |
| 4090606 | 07/06/2022 | Transfer Other Funds | GTL Phone | | -$10.00 | $102.63 | -$74.55 | $391.15 |
| 4093798 | 07/06/2022 | Resident Charge | LEGAL POSTAGE | | -$10.63 | $92.00 | -$74.55 | $401.78 |
| 4093865 | 07/06/2022 | Resident Charge | LEGAL POSTAGE 6/13/22 | | -$1.36 | $90.64 | -$74.55 | $403.14 |
| 4093904 | 07/06/2022 | Resident Charge | LEGAL MAIL | | -$9.25 | $81.39 | -$74.55 | $412.39 |
| 4093905 | 07/06/2022 | Resident Charge | LEGAL MAIL | | -$2.96 | $78.43 | -$74.55 | $415.35 |
| 4094007 | 07/06/2022 | Resident Charge | POSTAGE | | -$1.36 | $77.07 | -$74.55 | $416.71 |
| 4094094 | 07/06/2022 | Transfer Other Funds | GTL Links | | -$10.00 | $67.07 | -$74.55 | $416.71 |
| 4094100 | 07/06/2022 | Transfer Other Funds | GTL Phone | | -$10.00 | $57.07 | -$74.55 | $416.71 |
| 4103337 | 07/07/2022 | Transfer Other Funds | GTL Links | | -$15.00 | $42.07 | -$74.55 | $416.71 |
| 4108442 | 07/07/2022 | Resident Deposit | GTL Receipt | | $50.00 | $42.07 | -$24.55 | $466.71 |

| Task # | Date | Type | Comment | Entry # | Amount | Balance | Debt | Payable |
|---|---|---|---|---|---|---|---|---|
| 4108748 | 07/08/2022 | Transfer Other Funds | GTL Phone | | -$20.00 | $22.07 | -$24.55 | $466.71 |
| 4164794 | 07/14/2022 | Transfer Other Funds | Commissary | 07/14/2022 | -$1.93 | $20.14 | -$24.55 | $466.71 |
| 4167255 | 07/14/2022 | Resident Deposit | GTL Receipt | | $20.00 | $23.16 | -$7.57 | $483.69 |
| 4167680 | 07/14/2022 | Transfer Other Funds | GTL Links | | -$5.00 | $18.16 | -$7.57 | $483.69 |
| 4170701 | 07/14/2022 | Transfer Other Funds | Commissary | 07/14/2022 | $19.78 | $37.94 | -$7.57 | $483.69 |
| 4188163 | 07/16/2022 | Transfer Other Funds | GTL Links | | -$10.00 | $27.94 | -$7.57 | $483.69 |
| 4188974 | 07/16/2022 | Transfer Other Funds | GTL Links | | -$5.00 | $22.94 | -$7.57 | $483.69 |
| 4209794 | 07/18/2022 | Resident Charge | Doctor | | -$5.00 | $22.94 | -$12.57 | $483.69 |
| 4280583 | 07/25/2022 | Resident Deposit | GTL Receipt | | $100.00 | $110.37 | $0.00 | $496.26 |
| 4287371 | 07/26/2022 | Transfer Other Funds | GTL Links | | -$10.00 | $100.37 | $0.00 | $496.26 |
| 4305697 | 07/27/2022 | Transfer Other Funds | GTL Phone | | -$10.00 | $90.37 | $0.00 | $496.26 |
| 4309734 | 07/27/2022 | Transfer Other Funds | GTL Phone | | -$10.00 | $80.37 | $0.00 | $496.26 |
| 4310090 | 07/28/2022 | Transfer Other Funds | GTL Phone | | -$5.00 | $75.37 | $0.00 | $496.26 |
| 4310104 | 07/28/2022 | Transfer Other Funds | GTL Phone | | -$10.00 | $65.37 | $0.00 | $496.26 |
| 4310124 | 07/28/2022 | Transfer Other Funds | GTL Phone | | -$10.00 | $55.37 | $0.00 | $496.26 |
| 4310806 | 07/28/2022 | Transfer Other Funds | Commissary | 07/28/2022 | -$37.21 | $18.16 | $0.00 | $496.26 |
| 4320505 | 07/28/2022 | Resident Deposit | GTL Receipt | | $50.00 | $68.16 | $0.00 | $496.26 |
| 4326234 | 07/29/2022 | Transfer Other Funds | GTL Phone | | -$15.00 | $53.16 | $0.00 | $496.26 |
| 4326239 | 07/29/2022 | Transfer Other Funds | GTL Links | | -$35.00 | $18.16 | $0.00 | $496.26 |
| 4333698 | 07/29/2022 | Transfer Other Funds | Commissary | 07/29/2022 | $0.95 | $19.11 | $0.00 | $496.26 |
| 4335847 | 07/29/2022 | Resident Deposit | GTL Receipt | | $40.00 | $59.11 | $0.00 | $496.26 |
| 4337426 | 07/30/2022 | Transfer Other Funds | GTL Phone | | -$10.95 | $48.16 | $0.00 | $496.26 |
| 4337431 | 07/30/2022 | Transfer Other Funds | GTL Phone | | -$30.00 | $18.16 | $0.00 | $496.26 |
| 4406128 | 08/06/2022 | Resident Deposit | GTL Receipt | | $130.00 | $148.16 | $0.00 | $496.26 |
| 4406664 | 08/06/2022 | Transfer Other Funds | GTL Phone | | -$4.55 | $143.61 | $0.00 | $496.26 |
| 4425098 | 08/08/2022 | Resident Deposit | GTL Receipt | | $100.00 | $243.61 | $0.00 | $496.26 |
| 4461390 | 08/11/2022 | Transfer Other Funds | GTL Phone | | -$10.00 | $233.61 | $0.00 | $496.26 |
| 4467147 | 08/11/2022 | Transfer Other Funds | Commissary | 08/11/2022 | -$4.43 | $229.18 | $0.00 | $496.26 |
| 4467148 | 08/11/2022 | Transfer Other Funds | Commissary | 08/11/2022 | -$62.05 | $167.13 | $0.00 | $496.26 |
| 4467149 | 08/11/2022 | Transfer Other Funds | Commissary | 08/11/2022 | -$26.86 | $140.27 | $0.00 | $496.26 |

129911        SMITH, JERRY

Activity

| Task # | Date | Type | Comment | Entry # | Amount | Balance | Debt | Payable |
|---|---|---|---|---|---|---|---|---|
| 4467150 | 08/11/2022 | Transfer Other Funds | Commissary | 08/11/2022 | -$27.77 | $112.50 | $0.00 | $496.26 |
| 4485022 | 08/14/2022 | Transfer Other Funds | GTL Links | | -$10.00 | $102.50 | $0.00 | $496.26 |
| 4485024 | 08/14/2022 | Transfer Other Funds | GTL Phone | | -$10.00 | $92.50 | $0.00 | $496.26 |
| 4504018 | 08/16/2022 | Transfer Other Funds | GTL Links | | -$5.00 | $87.50 | $0.00 | $496.26 |
| 4550612 | 08/19/2022 | Transfer Other Funds | GTL Phone | | -$5.00 | $82.50 | $0.00 | $496.26 |
| 4587134 | 08/23/2022 | Transfer Other Funds | GTL Links | | -$10.00 | $72.50 | $0.00 | $496.26 |
| 4592698 | 08/23/2022 | Transfer Other Funds | GTL Links | | -$5.00 | $67.50 | $0.00 | $496.26 |
| 4617420 | 08/25/2022 | Transfer Other Funds | Commissary | 08/25/2022 | -$17.62 | $49.88 | $0.00 | $496.26 |
| 4617421 | 08/25/2022 | Transfer Other Funds | Commissary | 08/25/2022 | -$24.85 | $25.03 | $0.00 | $496.26 |
| 4617422 | 08/25/2022 | Transfer Other Funds | Commissary | 08/25/2022 | -$4.62 | $20.41 | $0.00 | $496.26 |
| 4619341 | 08/26/2022 | Transfer Other Funds | GTL Phone | | -$2.25 | $18.16 | $0.00 | $496.26 |
| 4623378 | 08/26/2022 | Resident Charge | Doctor / WCC DENTAL | | -$5.00 | $18.16 | -$5.00 | $496.26 |
| 4647179 | 08/29/2022 | Transfer Other Funds | Commissary | 08/29/2022 | $4.62 | $22.78 | -$5.00 | $496.26 |
| 4653526 | 08/30/2022 | Transfer Other Funds | GTL Phone | | -$4.62 | $18.16 | -$5.00 | $496.26 |
| 4669292 | 08/31/2022 | Resident Charge | LEGAL MAIL | | -$17.95 | $18.16 | -$22.95 | $496.26 |
| 4714267 | 09/05/2022 | Resident Deposit | GTL Receipt | | $25.00 | $23.16 | -$2.95 | $516.26 |
| 4722766 | 09/06/2022 | Resident Deposit | GTL Receipt | | $50.00 | $70.21 | $0.00 | $519.21 |
| 4722964 | 09/06/2022 | Transfer Other Funds | GTL Links | | -$5.00 | $65.21 | $0.00 | $519.21 |
| 4745636 | 09/08/2022 | Resident Charge | legal mail | | -$1.05 | $64.16 | $0.00 | $520.26 |
| 4747762 | 09/08/2022 | Transfer Other Funds | Commissary | 09/08/2022 | $7.21 | $71.37 | $0.00 | $520.26 |
| 4751216 | 09/08/2022 | Transfer Other Funds | Commissary | 09/08/2022 | -$3.30 | $68.07 | $0.00 | $520.26 |
| 4751217 | 09/08/2022 | Transfer Other Funds | Commissary | 09/08/2022 | -$38.71 | $29.36 | $0.00 | $520.26 |
| 4752303 | 09/08/2022 | Transfer Other Funds | GTL Links | | -$10.00 | $19.36 | $0.00 | $520.26 |
| 4752305 | 09/08/2022 | Transfer Other Funds | GTL Phone | | -$1.20 | $18.16 | $0.00 | $520.26 |
| 4835799 | 09/17/2022 | Resident Deposit | GTL Receipt | | $50.00 | $68.16 | $0.00 | $520.26 |
| 4882754 | 09/21/2022 | Transfer Other Funds | Commissary | 09/21/2022 | -$4.48 | $63.68 | $0.00 | $520.26 |
| 4882755 | 09/21/2022 | Transfer Other Funds | Commissary | 09/21/2022 | -$45.47 | $18.21 | $0.00 | $520.26 |
| 4885053 | 09/22/2022 | Transfer Other Funds | GTL Phone | | -$0.05 | $18.16 | $0.00 | $520.26 |
| 5131620 | 10/17/2022 | Resident Charge | Postage | | -$8.70 | $18.16 | -$8.70 | $520.26 |
| 5131640 | 10/17/2022 | Resident Charge | Postage | | -$1.44 | $18.16 | -$10.14 | $520.26 |

Activity

| Task # | Date | Type | Comment | Entry # | Amount | Balance | Debt | Payable |
|---|---|---|---|---|---|---|---|---|
| 5131788 | 10/17/2022 | Resident Charge | Postage | | -$22.31 | $18.16 | -$32.45 | $520.26 |
| 5224593 | 10/24/2022 | Resident Deposit | GTL Receipt | | $30.00 | $23.16 | -$7.45 | $545.26 |
| 5224866 | 10/24/2022 | Resident Deposit | GTL Receipt | | $55.00 | $70.71 | $0.00 | $552.71 |
| 5224874 | 10/24/2022 | Resident Deposit | GTL Receipt | | $45.00 | $115.71 | $0.00 | $552.71 |
| 5253446 | 10/26/2022 | Transfer Other Funds | Commissary | 10/26/2022 | -$4.39 | $111.32 | $0.00 | $552.71 |
| 5253447 | 10/26/2022 | Transfer Other Funds | Commissary | 10/26/2022 | -$93.00 | $18.32 | $0.00 | $552.71 |
| 5293654 | 10/31/2022 | Resident Charge | Doctor WCC | | -$5.00 | $18.32 | -$5.00 | $552.71 |
| 5298452 | 10/31/2022 | Transfer Other Funds | Commissary | 10/31/2022 | $0.69 | $19.01 | -$5.00 | $552.71 |
| 5343445 | 11/04/2022 | Resident Charge | Legal mail | | -$40.56 | $19.01 | -$45.56 | $552.71 |
| 5345107 | 11/04/2022 | Resident Charge | POSTAGE | | -$21.67 | $19.01 | -$67.23 | $552.71 |
| 5381788 | 11/08/2022 | Resident Deposit | GTL Receipt | | $150.00 | $101.78 | $0.00 | $619.94 |
| 5399531 | 11/09/2022 | Transfer Other Funds | Commissary | 11/09/2022 | -$6.38 | $95.40 | $0.00 | $619.94 |
| 5399532 | 11/09/2022 | Transfer Other Funds | Commissary | 11/09/2022 | -$74.33 | $21.07 | $0.00 | $619.94 |
| 5399533 | 11/09/2022 | Transfer Other Funds | Commissary | 11/09/2022 | -$0.55 | $20.52 | $0.00 | $619.94 |
| 5415705 | 11/11/2022 | Transfer Other Funds | GTL Phone | | -$2.36 | $18.16 | $0.00 | $619.94 |
| 5438784 | 11/14/2022 | Transfer Other Funds | Commissary | 11/14/2022 | $0.69 | $18.85 | $0.00 | $619.94 |
| 5445012 | 11/14/2022 | Transfer Other Funds | GTL Phone | | -$0.69 | $18.16 | $0.00 | $619.94 |
| Ending Balances | | | | | | $18.16 | $0.00 | $317.23 |