# United States Court of Appeals

District of Columbia Circuit
E. Barrett Prettyman United States Courthouse
333 Constitution Avenue N.W.
Washington, D.C. 20001-2866

Mark J. Langer  
Clerk

December 12, 2022

General Information
(202) 216-7000

Warden (Westville)
Westville Correctional Facility
IN State Prison
PO Box 473
Westville, IN 46391-0000

Re:   22-7166 In re: Jerry Smith

Dear Warden:

Enclosed is an order from the court filed in a case pending before this court, addressed to Jerry A. Smith, 129911, a resident of your facility. Your cooperation in delivering the document and obtaining an acknowledgment of receipt would be greatly appreciated.

If the addressee is no longer at your facility or has refused to acknowledge receipt, or if your facility's rules do not permit you to assist the court in obtaining an acknowledgment, please follow the instructions on the attached sheet entitled "Instructions to the Warden." Whether or not you are able to assist the court in obtaining an acknowledgment, please treat the enclosed as special legal mail pursuant to 28 C.F.R. §§ 540.2(c), 540.18 and 540.19, or applicable state regulations.

Please have addressee acknowledge receipt by signing below and returning this letter in the envelope provided. Thank you very much for your assistance.

Very truly yours,
Mark J. Langer, Clerk

BY:   /s/
Tatiana A. Magruder
Deputy Clerk

Receipt Acknowledged:

_____         _____

(Signature of Petitioner)                          (Date)

Attachment:
Instructions to Warden